## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WWC LICENSE, L.L.C.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **4:04CV3261** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **GERALD L. VAP, Chairman, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Upon review of the parties' Joint Status Report (#48),

**IT IS ORDERED** that the request to continue the stay is granted, as follows:

1.    This case shall remain stayed until **April 11, 2006**.

2.    On or before April 11, 2006, counsel shall electronically file a joint status report regarding the status of the relevant proceedings before the FCC and whether the stay should be lifted.

**DATED October 5, 2005.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**