**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **WWC LICENSE, L.L.C.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **4:04CV3261** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **GERALD L. VAP, Chairman, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Upon review of the parties' Joint Status Report (#53),

**IT IS ORDERED** that the request to continue the stay is granted, as follows:

1. This case shall remain stayed until **April 11, 2007**.

2. On or before April 11, 2007, counsel shall electronically file a joint status report regarding the status of the relevant proceedings before the FCC and whether the stay should be lifted.

**DATED September 29, 2006.**

**BY THE COURT:**

**s/ F.A. Gossett
United States Magistrate Judge**