# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WWC LICENSE, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:04CV3261 |
| vs. ) | |
| ) | ORDER |
| GERALD L. VAP, Chairman, et al., ) | |
| ) | |
| Defendants. ) | |

Upon review of the parties' Joint Status Report [59],

**IT IS ORDERED** that the request to continue the stay is granted, as follows:

1. This case shall remain stayed until **April 11, 2008.**

2. On or before **April 11, 2008**, counsel shall electronically file a joint status report regarding the status of the relevant proceedings before the FCC and whether the stay should be lifted.

**DATED October 12, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**