IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WWC LICENSE, L.L.C., <br><br>   Plaintiff, <br><br>  v. <br><br>GERALD L. VAP, Chairman, in their official capacities as Commissioners of the Nebraska Public Service Commission, ANNE C. BOYLE, Commissioner, in their official capacities as Commissioners of the Nebraska Public Service Commission, FRANK E. LANDIS, Jr., Commissioner, in their official capacities as Commissioners of the Nebraska Public Service Commission, LOWELL C. JOHNSON, Commissioner, in their official capacities as Commissioners of the Nebraska Public Service Commission, ROD JOHNSON, Jr., Commissioner, in their official capacities as Commissioners of the Nebraska Public Service Commission, CARKS TELECOMMUNICATIONS, Co., CONSOLIDATED TELEPHONE, Company, CONSOLIDATED TELCO, Inc., CONSOLIDATED TELCOM, Inc., HAMILTON TELEPHONE, CO., HARTINGTON TELECOMMUNICATIONS, Co., Inc., HERSEY COOPERATIVE TELEPHONE, Co., K & M TELEPHONE, CO., NEBRASKA CENTRAL TELEPHONE, CO., NORTHEAST NEBRASKA TELEPHONE, CO., SODTOWN TELEPHONE, CO., STANTON TELECOM, Inc., THREE RIVER TELCO, EASTERN NEBRASKA TELEPHONE, CO., ROCK COUNTY TELEPHONE, CO., HEMINGFORD COOPERATIVE , TELEPHONE, CO., PIERCE TELEPHONE, CO., DALTON TELEPHONE CO., Inc., ELSIE COMMUNICATIONS, Inc., ARAPAHOE TELEPHONE, CO., BENKLEMAN TELEPHONE, CO., COZAD TELEPHONE, CO., CURTIS TELEPHONE, CO., DILLER TELEPHONE, CO., GLENWOOD TELEPHONE MEMBERSHIP, CO., HARTMAN TELEPHONE EXCHANGES, CO., HOOPER TELEPHONE, CO., KEYSTONE ARTHUR TELEPHONE, CO., MAINSTAY COMMUNICATIONS, PLAINVIEW TELEPHONE, CO., SOUTHEAST NEBRASKA TELEPHONE, CO., WAUNETA TELEPHONE, CO.,  and GREAT PLAINS COMMUNICATIONS, Inc., <br><br>   Defendants. | 4:04CV3261 <br><br><br><br>ORDER OF <br>DISMISSAL <br>WITH PREJUDICE |

This matter comes before the Court on the parties' joint Motion for Dismissal with Prejudice (Filing No 61). The Court, being fully advised in the premises, finds that the filing complies with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly,

IT IS ORDERED:

1. The joint Stipulation and Motion for Dismissal (Filing No. 61) is approved;

2. The Complaint (Filing No. 1) is hereby dismissed with prejudice; and

3. The parties will pay their own costs, and waive complete record.

DATED this 15th day of April, 2008.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge